THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-4684 DOC (ANx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $57,323.67 IN U.S. ACCOUNT FUNDS AND $33,455.00 IN U.S. CURRENCY, | |
| Defendants. | |
| DEANNE CALLISTA GILL and STEVEN PATRICK MEYERS, | |
| Claimants. | |

    This action was filed on July 19, 2007. Notice was given and published in accordance with law. Claimants Deanne Callista Gill and Steven Patrick Meyers filed a claim opposing forfeiture on

August 16, 2007 and answer on September 4, 2007.  No other claims or answers have been filed, and the time for filing such claims and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $15,000.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The Department of Homeland Security, U.S. Customs and Border Protection is ordered to dispose of said assets in accordance with law.

4. $42,323.67.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Steven Patrick Meyers.  Said funds shall be forwarded by check made payable to "Steven Patrick Meyers" and shall be mailed to Steven Patrick Meyers, c/o Shawn R. Perez, Law Offices of Shawn R. Perez, 633 South Fourth Street, Suite 7, Las Vegas, NV

1       89101.

2   5.  Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Department of Homeland Security, U.S. Customs and Border Protection and California Department of Justice-Bureau of Narcotics Enforcement, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

3   6.  Plaintiff, United States of America, agrees that it will not seek to recover civil sanctions (except to the extent that the forfeiture of the defendant currency can be considered a civil sanction), attorney's fees or costs in connection with this action or the underlying seizure.

4   7.  The Court finds that there was reasonable cause for the

//
//
//
//
//
//
//
//
//
//
//

seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: July 28, 2008

*/s/ David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: July __, 2008        THOMAS P. O'BRIEN
                            United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                            _____
                            FRANK D. KORTUM
                            Assistant United States Attorney
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            United States of America

Dated: July __, 2008        LAW OFFICES OF SHAWN R. PEREZ

                            _____
                            SHAWN R. PEREZ
                            Counsel for Claimants
                            DEANNE CALLISTA GILL and
                            STEVEN PATRICK MEYERS

4