```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                          JS - 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail: Frank.Kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-4684 DOC (ANx) |
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $57,323.67 IN U.S. ACCOUNT FUNDS AND $33,455.00 IN U.S. CURRENCY, | |
| Defendants. | |
| DEANNE CALLISTA GILL and STEVEN PATRICK MEYERS, | |
| Claimants. | |

This action was filed on July 19, 2007. Notice was given and published in accordance with law. Claimants Deanne Callista Gill and Steven Patrick Meyers filed a claim opposing forfeiture on

August 16, 2007 and answer on September 4, 2007. No other claims or answers have been filed, and the time for filing such claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant account fund and defendant currency other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. $33,455.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Deanne Callista Gill. Said funds shall be forwarded by check made payable to "Shawn R. Perez" and shall be mailed to Deanne Callista Gill, c/o Shawn R. Perez, Law Offices of Shawn R. Perez, 633 South Fourth Street, Suite 7, Las Vegas, NV 89101.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Department of Homeland Security, U.S. Customs and Border Protection and California Department of Justice-Bureau of Narcotics Enforcement, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation,

1           any claim for attorney's fees, costs or interest which
2           may be asserted on behalf of the claimants, whether
3           pursuant to 28 U.S.C. § 2465 or otherwise.
4    5.   Plaintiff, United States of America, agrees that it will
5           not seek to recover civil sanctions (except to the extent
6           that the forfeiture of the defendant currency can be
7           considered a civil sanction), attorney's fees or costs in
8           connection with this action or the underlying seizure.
9    7.   The Court finds that there was reasonable cause for the

10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

|   |   |
|---|---|
| 1 | seizure of the defendant currency and institution of |
| 2 | these proceedings.  This judgment shall be construed as |
| 3 | a certificate of reasonable cause pursuant to 28 U.S.C. |
| 4 | § 2465. |

Dated: July 28, 2008

*/s/ David O. Carter*
_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: July __, 2008               THOMAS P. O'BRIEN
                                   United States Attorney
                                   CHRISTINE C. EWELL
                                   Assistant United States Attorney
                                   Chief, Criminal Division
                                   STEVEN R. WELK
                                   Assistant United States Attorney
                                   Chief, Asset Forfeiture Section


                                   _____
                                   FRANK D. KORTUM
                                   Assistant United States Attorney
                                   Asset Forfeiture Section

                                   Attorneys for Plaintiff
                                   United States of America

Dated: July __, 2008               LAW OFFICES OF SHAWN R. PEREZ


                                   _____
                                   SHAWN R. PEREZ
                                   Counsel for Claimants
                                   DEANNE CALLISTA GILL and
                                   STEVEN PATRICK MEYERS

4